**Order entered April 20, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01395-CV

### NAVAL PATEL, Appellant

### V.

### OSCAR INSURANCE COMPANY, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18066**

## ORDER

Before the Court is appellant's April 16, 2020 second unopposed motion for extension of time to file his opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 20, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE